1  S. Peter Serrano
2  United States Attorney
   Eastern District of Washington
3  Thomas J. Hanlon
4  Assistant United States Attorney
   402 E. Yakima Ave., Ste. 210
5  Yakima, WA 98901
6  Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 09 2025

SEAN F. MCAVOY, CLERK
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 1:25-CR-02011-SAB-3 |
|---|---|
| Plaintiff, | SUPERSEDING INDICTMENT |
| v. | 18 U.S.C. §§ 922(a)(6), 924(a)(2) False Statement During Purchase of a Firearm (Count 1) |
| LILIBETH ALTAMIRANO-RABADAN | |
| Defendant. | 18 U.S.C. § 922(d), 924(a)(8) Transfer of Firearm to Felon (Counts 2-3) |
| | 18 U.S.C. § 924, 28 U.S.C. § 2461 Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

On or about January 1, 2023, in the Eastern District of Washington, the Defendant, LILIBETH ALTAMIRANO-RABADAN, in connection with the acquisition of firearms, to wit: a Glock, model 19 GEN 5, bearing serial number BXRG099, and a Glock, model 19, bearing serial number AGRW518, from a

SUPERSEDING INDICTMENT – 1

licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false written statement to the licensed dealer, which statement was intended and likely to deceive the licensed dealer, as to a fact material to the lawfulness of such sale of the said firearms to the Defendant under Chapter 44 of Title 18, in that the Defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that that she was the actual buyer of the firearms indicated on the Form 4473, when in fact as the Defendant then knew, she was not the actual buyer of the firearms, in violation of 18 U.S.C. §§ 922(a)(6), 924(a)(2).

## COUNT 2

Between on or about January 1, 2023 through January 25, 2023, in the Eastern District of Washington, the Defendant, LILIBETH ALTAMIRANO-RABADAN, knowingly disposed of a firearm, that is a Glock, model 19 bearing serial number BXRG099, to RAMON JUNIOR COY, knowing and having reasonable cause to believe that RAMON JUNIOR COY had been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of 18 U.S.C. §§ 922(d), 924(a)(8).

## COUNT 3

Between on or about January 1, 2023 through January 25, 2023, in the Eastern District of Washington, the Defendant, LILIBETH ALTAMIRANO-

SUPERSEDING INDICTMENT – 2

RABADAN, knowing disposed of a firearm, that is a Glock, model 19 bearing serial number AGRW518, to LOUIS STEVEN QUINTANA, JR., knowing and having reasonable cause to believe LOUIS STEVEN QUINTANA, JR., had been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of 18 U.S.C. §§ 922(d), 924(a)(8).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense(s) in violation of 18 U.S.C. § 922(d) as charged in Counts 2 – 3 of this Superseding Indictment, the Defendant, LILIBETH ALTAMIRANO-RABADAN, shall forfeit to the United States of America, any firearm and ammunition involved or used in the commission of the offense(s).

DATED this 9 day of September 2025.



_____
S. Peter Serrano
United States Attorney

_____
Thomas J. Hanlon
Assistant United States Attorney

SUPERSEDING INDICTMENT – 3